UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEDRO URENA,

                Plaintiff,

-v-

PAYPAL, INC.,

                Defendant.

CIVIL ACTION NO. 25 Civ. 256 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Defendant's response to the Complaint was due on March 31, 2025. (ECF No. 8). Defendant has not filed a response to the Complaint. As a one-time courtesy, the Court <u>sua sponte</u> **EXTENDS** the deadline for Defendant to respond to the Complaint up to and including **April 7, 2025**.

**<u>Defendant is warned that further failure to respond to the Complaint will result in the Court directing Plaintiff to initiate default judgment proceedings.</u>**

Dated:      New York, New York
             April 3, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**